UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

E<span>DWARD</span> B<span>URLEY</span>,

        Plaintiff,

v.

B<span>ADAWI</span> A<span>BEDELLATIF</span>, ET. AL.,

        Defendants.

_____/

Case No. 16-12256

S<span>ENIOR</span> U.S. D<span>ISTRICT</span> J<span>UDGE</span>
A<span>RTHUR</span> J. T<span>ARNOW</span>

U.S. M<span>AGISTRATE</span> J<span>UDGE</span>
D<span>AVID</span> R. G<span>RAND</span>

**O<span>RDER</span> A<span>DOPTING</span> R<span>EPORT AND</span> R<span>ECOMMENDATION</span> [59]; G<span>RANTING</span> D<span>EFENDANTS</span> C<span>OOPER</span>, P<span>ARR</span>-M<span>IRZA AND</span> S<span>HELDON'S</span> M<span>OTIONS FOR</span> S<span>UMMARY</span> J<span>UDGMENT</span> [29; 45]**

On July 18, 2017, Magistrate Judge Grand issued a Report and Recommendation [59] on Defendant Cooper's Motion for Summary Judgment filed on October 6, 2016 [29] and Defendants Parr-Mirza and Sheldon's Motion for Summary Judgment [45] filed on December 16, 2016. Magistrate Judge Grand recommended that both Motions be granted and that Plaintiff's claims against them be dismissed without prejudice. Neither party has filed any objection to the Report and Recommendation.

The Court has reviewed the Motions for Summary Judgment [29; 45], the responses filed by Plaintiff [35; 50], the replies filed by Defendants [39; 52], the sur-replies filed by Plaintiff [50; 54] and the Report and Recommendation [59] granting Defendants' Motions for Summary Judgment. The Report and Recommendation [59] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Defendants' Motions for Summary Judgment [29; 45] are **GRANTED**.

**SO ORDERED**.

Dated: August 15, 2017

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge